[No. 25114-4-III.   Division Three.   March 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. BISHOP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02693-7, Kathleen M. O'Connor, J., entered April 11, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 54263-0-I; 54662-7-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEO DANIEL, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 03-1-06552-4, Steven G. Scott, J., entered February 12 and 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55695-9-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. HITCHCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00205-7, Charles R. Snyder, J., entered January 20, 2005. *Reversed* by unpublished per curiam opinion.

[No. 55860-9-I.   Division One.   March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN MARCUS JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04644-1, Douglass A. North, J., entered February 16, 2005. *Affirmed* by unpublished per curiam opinion.